### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES WEESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.    07-CV-581 DRH |
| | ) | |
| UNION CARBIDE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Michael J. Reagan.  All further documents filed in this matter shall bear case number 07-CV-581-MJR.

**IT IS SO ORDERED**.

DATED:  This 20th  day of August, 2007.

/s/             DavidRHerndon
UNITED STATES DISTRICT JUDGE

Case 3:07-cv-00581-GPM-DGW   Document 7   Filed 08/20/07   Page 2 of 2   Page ID #46